IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00315-ZLW-CBS

TYRONE A. TILLMAN,
    Plaintiff,
v.

POLICE OFFICER P.D. VANDEL # 65892,
POLICE OFFICER LANCE LAZOFF,
UNKNOWN MEMBERS OF C.S.P.D. SWAT TEAM,
CITY OF COLORADO SPRINGS, and
COUNTY OF EL PASO,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Motion to Quash filed by counsel for Defendants Vandel and the Colorado Springs Police Department on March 7, 2007 (doc. # 6).  Pursuant to the Order of Reference dated May 9, 2007 (doc. # 14) the Magistrate Judge has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

    Defendants Vandel and the Colorado Springs Police Department were named in the original Prisoner Complaint filed on February 14, 2007 (doc. # 3).  On April 18, 2007, Mr. Tillman filed his Amended Prisoner Complaint (doc. # 10), which no longer named the Colorado Springs Police Department as a Defendant.  On May 3, 2007, the court ordered service of the Amended Complaint by the United States Marshal.  (*See* Order Granting Service by United States Marshal (doc. # 13)).  In light of the Amended Complaint and the Order Granting Service by United States Marshal, service of the

original Prisoner Complaint on Officer Vandel and the Colorado Springs Police Department on or about February 8, 2007 is properly quashed as moot.

Accordingly, IT IS ORDERED that the Motion to Quash filed on March 7, 2007 (doc. # 6) is GRANTED.  The service of the original Prisoner Complaint on Officer Vandel and the Colorado Springs Police Department on or about February 8, 2007 is hereby QUASHED as moot.

DATED at Denver, Colorado, this 16th day of May, 2007.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge