IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00315-ZLW-CBS

TYRONE A. TILLMAN,

    Plaintiff,

v.

POLICE OFFICER, P.D. VANDEL, #65892,
POLICE OFFICER LANCE LAZOFF,
UNKNOWN MEMBERS OF C.S.P.D. SWAT TEAM,
CITY OF COLORADO SPRINGS, and
COUNTY OF EL PASO,

    Defendants.

## ORDER OF DISMISSAL

The matters before the Court are (1) the County Defendant's Motion To Dismiss and (2) Police Officer P.D. Vandell, Police Officer Lance Lazoff, Unknown Members Of The C.S.P.D. Swat Team, And The City Of Colorado Springs' Motion To Dismiss. Pursuant to D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Judge Craig B. Shaffer, who issued a Recommendation on October 17, 2007, recommending that the motions to dismiss be granted and that this action be dismissed with prejudice. Plaintiff filed an Objection To Recommendation on November 2, 2007. Defendants thereafter filed responses to Plaintiff's objection.

In this action, Plaintiff, a prisoner at the Four Mile Correctional Facility in Cañon City, Colorado, alleges that he was injured by a police dog during the course of his arrest. The Magistrate Judge determined that Plaintiff's action is barred under the

applicable two-year statute of limitations. Plaintiff's objection does not address the Magistrate Judge's conclusion, but, rather, argues generally that Plaintiff's Complaint should be construed liberally because Plaintiff is *pro se*, and contends that Plaintiff had limited access to the prison law library. Plaintiff failed to present a "specific" objection to the Recommendation, as required under Tenth Circuit law.[1] In any event, the Magistrate Judge recognized that Plaintiff's pleading was to be construed liberally.[2] Furthermore, Plaintiff's objection appears to have been untimely.[3]

The Court has considered carefully the analysis and Recommendation of the Magistrate Judge granting the motions to dismiss, and hereby adopts and approves the Recommendation. Accordingly, it is

ORDERED that Plaintiff's Objection To Recommendation (Doc. No. 42) is overruled. It is

FURTHER ORDERED that the County Defendant's Motion To Dismiss (Doc. No. 16) is granted. It is

FURTHER ORDERED that Police Officer P.D. Vandell, Police Officer Lance Lazoff, Unknown Members Of The C.S.P.D. Swat Team, And The City Of Colorado Springs' Motion To Dismiss (Doc. No. 25) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice as against Defendant the County of El Paso. It is

---

[1] See United States v. One Parcel of Real Property Known as 2121 East 30th Street, Tulsa, Oklahoma, 73 F.3d 1057, 1060 (10th Cir. 1996).

[2] See Recommendation at 3 ("Moreover, *pro se* pleadings are to be construed liberally.")

[3] See Fed. R. Civ. P. 72(b) (objections to recommendation must be filed within 10 days of service of recommendation).

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice as against Defendants Police Officer P.D. Vandell, Police Officer Lance Lazoff, Unknown Members of the C.S.P.D. Swat Team, and the City Of Colorado Springs.

DATED at Denver, Colorado, this  19th   day of March, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court