IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00315-ZLW-CBS

TYRONE A. TILLMAN,
    Plaintiff,
v.

POLICE OFFICER P.D. VANDEL # 65892, *et al.*,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Tilman's "Motion Seeking to Obtain Copies of the Court's Record" (filed March 24, 2008) (doc. # 50). Pursuant to the Order of Reference dated May 9, 2007 (doc. # 14) and the memorandum dated February 24, 2009 (doc. # 54), the Motion was referred to the Magistrate Judge. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

Mr. Tilman asks the "Clerk of the Court" to "make copies of the court's record . . . filing fee remainder . . . and/or provide receipts of balance paid and balance due in the above (Titled caption case) [sic]. . . ." The court's records reflect that Mr. Tilman has thus far paid $289.00 of the required $350.00 filing fee. (*See* "Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 5) ("Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action."); docs. # 7, # 9, # 28, # 33, # 34, # 35, # 39, # 41, # 45, # 46, #

47, # 51, # 52, and # 53 (receipts reflecting payments by Mr. Tilman totaling $289.00)).

Accordingly, IT IS ORDERED that:

1. Mr. Tilman's "Motion Seeking to Obtain Copies of the Court's Record" (filed March 24, 2008) (doc. # 50) is GRANTED to the extent that the court's records reflect that he has thus far paid $289.00 of the required $350.00 filing fee.

2. Mr. Tilman shall be required to pay the remaining amount of $61.00 in order to satisfy payment of the filing fee in full.

DATED at Denver, Colorado, this 25th day of February, 2009.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge